```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney                JS - 6
 3  Chief, Civil Division
    CAROLYN B. CHEN, CSBN 256628
 4  Special Assistant United States Attorney
         Social Security Administration
 5       160 Spear St., Suite 800
         San Francisco, CA  94105
 6       Telephone:  (415) 977-8956
         Facsimile:  (415) 744-0134
 7       Email: carolyn.chen@ssa.gov
    Attorneys for Defendant
 8
                    UNITED STATES DISTRICT COURT
 9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                         WESTERN DIVISION
11
12  FLORA G. LARSON,            )
                                )    No. CV-11-1992-MLG
13       Plaintiff,             )
                                )    [PROPOSED]
14            v.                )    JUDGMENT
                                )
15  MICHAEL J. ASTRUE,          )
    Commissioner of Social Security, )
16                              )
         Defendant.             )
17  _____)
18
19       The Court having approved the parties' stipulation to reopen this case for the
20  purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.
21
22  DATED:  April 17, 2012        _____
23                                HON.  MARC L. GOLDMAN
                                  United States Magistrate Judge
```

(**PROPOSED**) is struck through.